NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QIMONDA AG,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**LSI CORPORATION,**
*Intervenor,*

**and**

**SEAGATE TECHNOLOGY, SEAGATE TECHNOLOGY (US) HOLDINGS INC., SEAGATE TECHNOLOGY LLC, and SEAGATE (US) LLC,**
*Intervenors.*

---

2010-1270

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-665.

---

**ON MOTION**

---

# ORDER

Qimonda AG moves for a 14-day extension of time, until July 26, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 23 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: G. Brian Busey, Esq.
Sidney A. Rosenzweig, Esq.
Bruce S. Sostek, Esq.
John M. Caracappa, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 23 2010

JAN HORBALY
CLERK